ANNA VAN BLUNK, RESPONDENT, v. CHARLES REAL ESTATE COMPANY ET AL., APPELLANTS.

Argued February 14, 1933—Decided April 28, 1933.

For the respondent, *Oscar LeWine*.

For the appellant, *Thompson & Hanstein*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   11.

*For reversal*—None.